JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: Jacob.bundick@akerman.com
Email: Natalie.winslow@akerman.com

*Attorneys for Defendants Bank of America, N.A, successor by merger to BAC Home Loans Servicing, LP, ReconTrust Company N.A., Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAGNAR H. OLUFSEN; DONNA L. OLUFSEN,<br><br>                    Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; ASCENT HOME LOANS, INC.; STATE FARM BANK; BAC HOME LOAN SERVICING, LP; M&I SUPPORT SERVICES CORPORATION; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HYN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HYN; RECONTRUST COMPANY, N.A.; DOES I-X, ROES I-X, Inclusive<br><br>                    Defendants. | Case No. 2:12-cv-00117-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; and The Bank of

{25203906;1}

1  New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc.,

2  Alternative Loan Trust 2007-HYN Mortgage Pass-Through Certificates, Series 2007-HYN

3  (collectively, "Defendants"), and Plaintiffs Ragnar H. Olufsen and Donna L. Olufsen ("Plaintiffs")

4  hereby stipulate and agree to Dismiss this case without prejudice, as previously agreed.

6  DATED this 25th day of September, 2012.          DATED this 25th day of September, 2012.

7  **AKERMAN SENTERFITT LLP**                        **CONWAY LAW FIRM**

9   /s/ Jacob D. Bundick                              /s/ Jeffrey D. Conway
    JACOB D. BUNDICK, ESQ.                            JEFFREY D. CONWAY, ESQ.
    Nevada Bar No. 9772                               Nevada Bar No. 4573
    NATALIE L. WINSLOW, ESQ.                          4804 Village Drive
    Nevada Bar No. 12125                              Fairfax, Virginia 22030
    1160 Town Center Drive, Suite 330
    Las Vegas, Nevada  89144

    *Attorneys for Plaintiffs*

*Attorneys for Defendants*
*Bank of America, N.A., successor by*
*merger to BAC Home LoansServicing,*
*LP, Mortgage Electronic Registration*
*Systems, Inc., ReconTrust Company, N.A.,*
*And The Bank of New York Mellon*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  09/26/2012**

{25203906;1} 2