JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  jacob.bundick@kerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Defendants, Bank of America, N.A, successor by merger to BAC Home Loans Servicing, LP, ReconTrust Company N.A., Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAGNAR H. OLUFSEN; DONNA L. OLUFSEN,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; ASCENT HOME LOANS, INC.; STATE FARM BANK; BAC HOME LOAN SERVICING, LP; M&I SUPPORT SERVICES CORPORATION; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HYN MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HYN; RECONTRUST COMPANY, N.A.; DOES I-X, ROES I-X, Inclusive<br><br>Defendants. | Case No. 2:12-cv-00117-GMN-CWH<br><br>**ORDER EXPUNGING LIS PENDENS** |

On September 25, 2012, the parties stipulated to dismiss this case without prejudice. [Dkt. 14.] On September 26, 2012, the Court issued an Order dismissing the case. [Dkt. 15.]

{25353479;1}

The Court finds that plaintiffs Ragnar and Donna Olufsen (**plaintiffs**) recorded a lis pendens on or about May 20, 2011, as Document No. 201105200002271 in the real property records maintained by the Clark County Recorder.

The Court rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced lis pendens is canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged, and decreed that defendants record a properly certified copy of this Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**DATED** this 11th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Natalie L. Winslow
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants, Bank of America, N.A, successor by merger to BAC Home Loans Servicing, LP, ReconTrust Company N.A., Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon*

{25353479;1} 2